IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:            Case No. 18-02228-RNO
                       Chapter 7
MICHAEL S VANCENA

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY2**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven Kelly, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    _/s/ Steven Kelly, Esquire_
Steven Kelly, Esquire, Bar No: 308573
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
skelly@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 6th day of June, 2018, to the following:

Johnanna Hill Rehkamp
Cunningham, Chernicoff & Warshawsky, PC
P.O. Box 60457
2320 N. Second Street
Harrisburg, PA 17106
jhr@cclawpc.com
*Attorney for Debtor(s)*

Leon P. Haller
1719 North Front Street
Harrisburg, PA 17102
lhaller@pkh.com
*Chapter 7 Trustee*

Office of the U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Michael S Vancena
253 South Houcks Road
Harrisburg, PA 17109
*Debtor(s)*

                                         By:   */s/Steven Kelly, Esquire*