IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael S. Vancena,<br>    Debtor. | CHAPTER 7 |
| Nationstar Mortgage LLC dba Mr. Cooper as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-AA11,<br>    Movant,<br>v.<br>Michael S. Vancena,<br>    Debtor,<br><br>Leon P. Haller, Trustee,<br>   Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-02228/RNO<br><br>11 U.S.C. § 362 |

## CERTIFICATE OF CONCURRENCE

    I hereby certify that on June 5, 2018, our office contacted counsel for the Debtor and the Trustee and we have received concurrence from both parties.

    Respectfully submitted,

Dated: July 5, 2018

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809

S&D File #:18-059990

PA BAR ID #318323
pabk@logs.com