UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:
Michael S. Vancena                          :     Case No.: 1-18-bk-02228-RNO
                                            :     Chapter 7
          Debtor.                           :
                                            :
_____         :
Denise M. Smith                             :
                                            :
          Movant,                           :
                                            :

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF ALL NOTICE AND PLEADINGS ON BEHALF OF
## DENISE M. SMITH

**PLEASE TAKE NOTICE** that DENISE M. SMITH appears herein by and through her counsel, Daley, Zucker, Meilton & Miner, LLC, and enters its appearance and requests that all notices given or required to be given in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010 or Bankruptcy Code Sections 102(1), 342 and 1109(b), or any other provisions of the Bankruptcy Code or Bankruptcy Rules , and all pleadings served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

STEVEN P. MINER, ESQUIRE
Daley Zucker Meilton & Miner, LLC
635 North 12th Street, Suite 101
Lemoyne, Pennsylvania 17043
Email: sminer@daleyzucker.com
(717) 724-9821

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notice and pleadings referred to in the Rules specified above, but also includes, without limitation, Orders and Notice of any application, motions, petitions, pleadings, requests, complaints or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone or otherwise:

(1) which affect or seek to affect in any way any rights or interest of DENISE M. SMITH with respect to (a) debtors; (b) property or proceedings thereof which debtors may claim an interest; or (c) property or proceeds thereof in possession, custody or control of Debtors which Debtors may seek to use; or

(2) which require, seek to require any act, delivery of any property, payment or other conduct of Debtors.

**DALEY ZUCKER MEILTON & MINER, LLC**

By _____
Steven P. Miner, Esquire
Attorney I.D. 38901
635 North 12th Street, Suite 101
Lemoyne, PA 17043
(717) 724-9821
sminer@daleyzucker.com
*Attorney for Movant*

Date: 7/17/18