```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                    Case No. 18-02228-RNO
Michael S Vancena                                         Chapter 7
           Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr       Page 1 of 1          Date Rcvd: Sep 26, 2018
                             Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
              +Denise Vancena,    6275 Withers Ct,    Harrisburg, PA 17111-6955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Johanna Hill Rehkamp    on behalf of Debtor 1 Michael S Vancena jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper et al.
           pa-bk@logs.com
          Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Steven P. Kelly    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
           Mortgage Pass-Through Certificates, Series 2007-HY2 skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Steven P. Miner    on behalf of Creditor Denise M Smith sminer@daleyzucker.com,
           aewing@daleyzucker.com
          Tracy Lynn Updike    on behalf of Creditor    Mid Penn Bank tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 8
```

Steven P. Kelly, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA
## (HARRISBURG)

| | |
|---|---|
| IN RE:<br>   MICHAEL S VANCENA<br>        DEBTOR | CHAPTER 7 |
| | CASE NUMBER: 18-02228-RNO |
| U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY2<br>        MOVANT<br>V.<br><br>MICHAEL S VANCENA<br>        DEBTOR<br><br>LEON P. HALLER, TRUSTEE<br>        RESPONDENT | JUDGE: ROBERT N. OPEL, II |

## ORDER

AND NOW, upon the motion of U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank NA, as Trustee, on behalf of the Holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY2 (hereafter "Movant"), with consent of all parties, it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  6275 WITHERS CT, H ARRISBURG, PA 17111.

Dated:   September 26, 2018          By the Court,

_Robert N. Opel II_
_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)