```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-02228-HWV
Michael S Vancena                                               Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: DGeorge     Page 1 of 1     Date Rcvd: Mar 22, 2019
                        Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
db          +Michael S Vancena,   253 South Houcks Road,   Harrisburg, PA 17109-2907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Johanna Hill Rehkamp    on behalf of Debtor 1 Michael S Vancena jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Kevin S Frankel    on behalf of Creditor   Nationstar Mortgage LLC dba Mr. Cooper et al.
           pa-bk@logs.com
          Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.epiqsystems.com
          Steven P. Kelly    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
           Mortgage Pass-Through Certificates, Series 2007-HY2 skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Steven P. Miner    on behalf of Creditor Denise M Smith sminer@daleyzucker.com,
           aewing@daleyzucker.com
          Tracy Lynn Updike    on behalf of Creditor   Mid Penn Bank tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital as
           servicer for CCAP Auto Lease ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael S Vancena,

**Debtor 1**

Chapter 7

Case No. 1:18–bk–02228–HWV

Social Security No.: xxx–xx–3070

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 22, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

**fnldec** (05/18)